**97–965.  State v. Brooks.**
Lucas App. No. L–97–1114.  This cause is pending before the court as a discretionary appeal and a claimed appeal of right.  Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.